460 A.2d 856

Commonwealth v. Johnson, Appellant.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.